| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Siler, Eugene E. | 2. Court or Organization Sixth Circuit Court of Appeals | 3. Date of Report 5/13/2010 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge, Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address U.S. Courthouse 310 South Main Street, Ste 333 London, KY 40741 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Executor | Estate #1 |
| 2. Executor | Estate #2 |
| 3. Executor | Estate #3 |
| 4. Trustee | Trust #1 |
| 5. Administrative Board Member | Baptist Regional Medical Center, a part of Baptist Healthcare System, Inc. |
| 6. Director | Baptist Healthcare System, Inc. |
| 7. Director & Vice-Chairman | National Institute for Hometown Security, Inc. |
| 8. Trustee | Baptist Healthcare Foundation, Inc. |
| 9. Director | Williamsburg High School Alumni Endowment Association, Inc. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☑ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

Siler, Eugene E.

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 5/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Baptist Healthcare System, Inc. | March 22-23 | Louisville, KY | Board Meeting | Travel, food. |
| 2. | George Mason Law School | April 17-23 | Tucson, AZ | Legal Seminar | Travel, lodging, good. |
| 3. | Baptist Healthcare System, Inc. | June 21-23 | Louisville, KY | Board Meeting | Travel, food. |
| 4. | FREE | August 9-13 | Gallatin Gateway, MT | Legal Seminar | Travel, lodging, food. |
| 5. | Baptist Healthcare System, Inc. | September 28-29 | Louisville, KY | Board Meeting | Travel, food. |
| 6. | Baptist Healthcare System, Inc. | December 6-8 | Louisville, KY | Board Meeting | Travel, lodging, food. |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 5/13/2010 |

7.

8.

9.

10.

11.

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 5/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Community Trust Bank | Mortgage on rental property, Whitley County, KY. Part VII, line 19. | M |
| 2. | Community Trust Bank | Mortgage on rental property, Whitley County, KY. Part VII, line 21. | L |
| 3. | First State Financial | Mortgage on hunting preserve, Whitley County, KY. Part VII, line 18. | K |
| 4. | Community Trust Bank | Guarantor on [ ] student loans. | L |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Community Trust Bank (Common Stock) | C | Dividend | L | T | | | | | |
| 2. Community Trust Bank Account | A | Interest | J | T | | | | | |
| 3. IDEARC (Common Stock)(Y) | | | | | | | | | |
| 4. KY Mine Supply (Common Stock) | A | Dividend | J | W | | | | | |
| 5. Verizon (Common Stock) | C | Dividend | L | T | | | | | |
| 6. Wyeth (Common Stock) | A | Dividend | | | Redeemed | 10/16/09 | K | E | Acquired by Pfizer |
| 7. Exxon Mobil (Common Stock) | E | Dividend | O | T | | | | | |
| 8. Chevron (Common Stock) | B | Dividend | K | T | | | | | |
| 9. Regions Financial (Common Stock) | A | Dividend | K | T | | | | | |
| 10. Am. Funds (Mutual IRA) | A | Dividend | K | T | | | | | |
| 11. Real estate (20A) (Whitley Co., KY)(Listed as 77A) | | None | K | S | | | | | |
| 12. Pfizer (Common Stock) | A | Dividend | K | T | Spinoff (from line 6) | | | | |
| 13. Community Trust Bank, Estates 1&2 Accounts | A | Interest | J | T | | | | | |
| 14. Community Trust Bank Trust #1 Account | A | Interest | J | T | | | | | |
| 15. Community Trust Bank, Estate #3 Account | A | Interest | K | T | | | | | |
| 16. Farmers Bank & Capital, Estate #3 Account, CD | A | Interest | J | T | | | | | |
| 17. Johnson & Johnson (Common Stock) | | None | K | T | Buy | 12/31/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Flying Rooster Farm, Inc. (Common Stock) | | None | K | U | | | | | |
| 19. Rental Prop. No. 1, Whitley Co., KY (Purchase 2002 $128,000) | D | Rent | M | R | | | | | |
| 20. Procter & Gamble (Common Stock) | A | Dividend | K | T | | | | | |
| 21. Rental Prop. No. 3, Whitley Co., KY. (Purchase 2006 $75,000) | D | Rent | L | R | | | | | |
| 22. Harry Jeffries Holding, LLC | A | Dividend | K | S | Buy | 11/12/09 | K | | E. Siler III |
| 23. SY Bancorp (pfd stock) | B | Dividend | K | T | | | | | |
| 24. Smucker Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E. | 5/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From VII - Investments

Line 4 - Value of Kentucky Mine Supply stock derived from appraisal in 2008 by corporate president.

Line 11 - Assessed value is at 100%, for $30,800.

Line 22 - Assessed value is at 100% and is done annually by the Commonwealth of Kentucky. 2009 assessment was at $33,000 for this part of the stock (20%).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544